UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIN FITCHETT,

                              Plaintiff,

            -v-

CITY OF NEW YORK, et al.,

                              Defendants.

18 Civ. 8144 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons set out in today's conference, the Court sets the following deadlines:

- The Joint Statement of Facts is due March 16, 2020;
- Defendants' opening brief is due April 6, 2020;
- Plaintiff's opposition brief is due April 27, 2020; and
- Defendants' reply brief is due May 7, 2020.

    SO ORDERED.

                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: March 2, 2020
         New York, New York