# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ERIN FITCHETT,

                Plaintiff,                18 **CIVIL** 8144 (PAE)

      -against-                            **JUDGMENT**

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT ("NYPD"), CHIEF OF
INTELLIGENCE BUREAU THOMAS GALATI,
NYPD COMMANDING OFFICER HOWARD
REDMOND, NYPD LIEUTENANT KARL PFEFFER,
and NYPD SERGEANT PAUL BRISCOE,

                Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 15, 2021, Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
         March 17, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                          **BY:**        K. Mango

                                                      **Deputy Clerk**